1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    SAMYA BURNEY, Bar #224049
     Staff Attorney
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    ROCKY M. EVANS

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No.  1:10-mj-00180 SMS
                                        )
12                  Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE  HEARING; ORDER
13        v.                            )   THEREON
                                        )
14   ROCKY M. EVANS,                    )   DATE:   December 2, 2010
                                        )   TIME:    10:00 A.M.
15                  Defendant.          )   JUDGE:  Honorable Sandra M. Snyder
                                        )
16

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19   attorneys of record herein, that the status conference hearing in the above-entitled matter now scheduled

20   for October 28, 2010, may be continued to December 2, 2010 at 10:00 A.M.

21        This continuance is requested by counsel for the defendant as the parties are continuing negotiation

22   of a plea offer in this matter, and counsel will need time to review any plea offer with the defendant prior

23   to hearing.  Assistant United States Attorney Laurel Montoya has no objection to the requested

24   continuance.  The requested continuance will conserve time and resources for both counsel and the court.

25   ///

26   ///

27   ///

28   ///

1    No exclusion of time is necessary because this case involves Class B misdemeanors and does not

2    fall within the Speedy Trial Act.

3                                                            BENJAMIN B. WAGNER
                                                             United States Attorney

4

5    DATED: October 13, 2010                                /s/ Laurel Montoya
                                                             LAUREL MONTOYA
6                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff

7

8

9                                                            DANIEL J. BRODERICK
                                                             Federal Defender

10

11   DATED: October 13, 2010                                /s/  Samya Burney
                                                             SAMYA BURNEY
12                                                           Staff Attorney
                                                             Attorney for Defendant
13                                                           Rocky M. Evans

14

15                                        **ORDER**

16       Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the  status conference

17   hearing in the above-entitled matter now scheduled for October 28, 2010, is continued to December 2,

18   2010 at 10:00 A.M. in Courtroom 7.

19

20

21   IT IS SO ORDERED.

22   **Dated:    October 15, 2010**                         **/s/ Sandra M. Snyder**
                                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Stipulation to Continue Status
Conference Hearing; Order Thereon