1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROCKY M. EVANS

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **NEW Case No.  1:11-cr-00027-SMS** |
|---|---|---|
| Plaintiff, | ) | (Old case no. 1:10-mj-00180 SMS) |
| v. | ) | STIPULATION TO CONTINUE CHANGE OF PLEA  HEARING; ORDER |
| ROCKY M. EVANS, | ) | |
| Defendant. | ) | DATE: February 3, 2011<br>TIME: 10:00 A.M.<br>JUDGE: Honorable Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the change of plea hearing in the above-entitled matter now scheduled for January 27, 2011, before Judge Snyder may be continued to February 3, 2011 at 10:00 A.M before Judge Austin.

This continuance is requested by counsel for the defendant as defendant resides in Bakersfield, California and is on a fixed income (SSDI).  He is only able to purchase a round-trip bus/train ticket to Fresno at the beginning of the month (rather than the end of the month), on account of his limited cash flow.  Certified Law Clerk James Hering has no objection to the requested continuance.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1  ///

2      No exclusion of time is necessary because this case involves Class B misdemeanors and does not

3  fall within the Speedy Trial Act.

4                                                BENJAMIN B. WAGNER
                                              United States Attorney

5

6  DATED: January 11, 2011                       /s/ James Hering
                                              JAMES HERING

7                                                Certified Law Clerk

8

9

10                                               DANIEL J. BRODERICK
                                              Federal Defender

11

12 DATED: January 11, 2011                       /s/  Samya Burney
                                              SAMYA BURNEY

13                                               Staff Attorney
                                              Attorney for Defendant

14                                               Rocky M. Evans

15

16

17                                    **O R D E R**

18     **IT IS SO ORDERED.**

19

20 Dated:   January 24, 2011                    /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Stipulation to Continue Change of
of Plea Hearing; [Proposed] Order